DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GEICO INDEMNITY COMPANY,

Appellant/Cross-Appellee,

v.

SHAZAM AUTO GLASS, LLC
a/a/o Juan Lopez,

Appellee/Cross-Appellant.

No. 2D2022-2107
_____

August 30, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa A. Allen,
Judge.

Scott Zimmer of Law Office of David S. Dougherty, Tampa, and Jonathan
Franklin of Franklin Legal Group, PA, Miami, for Appellant/Cross-
Appellee.

David M. Caldevilla of de la Parte, Gilbert, McNamara, & Caldevilla, P.A.,
Tampa; and Keith P. Ligori, Meaghann Ligori, Thomas McFadyen, and
Torrey Clifford Taylor of Ligori & Ligori, P.A., Tampa, for Appellee/Cross-
Appellant.


PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.